## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. HAMILTON,

     Plaintiff,

       v.

NATIONAL FOOTBALL LEAGUE,

     Defendant.

CIVIL ACTION NO. 3:14-CV-1988

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

### ORDER

**NOW**, this _____4th_____ day of November, 2014, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 5) is **ADOPTED.**

    (2)    The action is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

    (2)    The Clerk of Court is directed to mark the case as **CLOSED.**

A. Richard Caputo
United States District Judge